# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DAVID STARNES**  **PETITIONER**
Reg. #17365-075

v.   CASE NO. 2:09cv00034 BSM/BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas   **RESPONDENT**

## ORDER

The court has received the recommended disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After carefully reviewing the recommendation and the record *de novo*, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety.

David Starnes's Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED with prejudice this 16th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE