UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DAVID STARNES**                                                                                    **PETITIONER**
Reg. #17365-075

v.                          CASE NO. 2:09cv00034 BSM/BD

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                      **RESPONDENT**

## JUDGMENT

Consistent with the order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 16th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE